

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-25-00428-CV

———————————————

IN RE BILLY MARVIN WITT, III, Relator

---

Original Proceeding
97th District Court of Clay County, Texas
Trial Court No. 25-039-DCCR-0070, 0071, 0072, 0073

---

Before Womack, Birdwell and Wallach, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION

The court has considered relator's petition for writ of mandamus and is of the opinion that relief should be denied with prejudice. Accordingly, relator's petition for writ of mandamus is denied with prejudice.

Per Curiam

Delivered: August 22, 2025